1  Mark L. Javitch (CA SBN 323729)
2  mark@javitchlawoffice.com
   Javitch Law Office
3  3 East 3rd Ave. Ste. 200
   San Mateo, CA 94401
4  Telephone: (650) 781-8000
5  Facsimile: (650) 300-0343

6  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARACK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ATS TAX GROUP LLC, a California limited liability company,<br><br>Defendant. | Case No.: 2:25-cv-08811-FLA-ROA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses all Defendants, without prejudice, and each side bearing their own costs and attorney's fees. No answer or motion for summary judgment has been filed.

| | | |
|---|---|---|
| Dated: January 14, 2026 | | Respectfully submitted, |
| | By: | /s/ Mark L. Javitch |
| | | Mark L. Javitch (CA SBN 323729) |
| | | Javitch Law Office |
| | | 3 East 3rd Ave. Ste. 200 |
| | | San Mateo, CA 94401 |
| | | Telephone: (650) 781-8000 |
| | | Facsimile: (650) 300-0343 |
| | | mark@javitchlawoffice.com |

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE    2    2:25-cv-08811-FLA-ROA